FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                          Page 1 of 3

3:04mj164-WCS - DUSTIN KLOPP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                  **Case # 3:04mj164-WCS**

**DUSTIN KLOPP**

                                                      **USM # 11958-017**

                                                      **Defendant's Attorney:**

                                                      **William Clark (AFPD)**

_____

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count 1,2 of the Information on September 28, 2005.  Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| Title 18 USC § 7 and 13 | Resist Arrest Without Violence | April 9, 2004 | 1 |
| Title 18 USC § 7 and 13 | Cause a Public Disturbance While Intoxicated in a Public Place | April 9, 2004 | 2 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                                                 Page 1 of 3

3:04mj164-WCS - DUSTIN KLOPP

Date of Imposition of Sentence:
September 28, 2005

s/ William C. Sherrill, Jr.
_____

WILLIAM SHERRILL
UNITED STATES MAGISTRATE JUDGE

Date Signed:     September 30, 2005

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 days** on count one and 1 day on count two, to be served concurrently and concurrent to the state sentence.

The defendant is remanded to the custody of the United States Marshal.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court.  Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717.  Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                                                    Page 1 of 3

3:04mj164-WCS - DUSTIN KLOPP

## SUMMARY

| **Special Monetary Assessment** | **Fine** | **Restitution** |
|---|---|---|
| **waived** | **n/a** | **n/a** |

## SPECIAL MONETARY ASSESSMENT

The special monetary assessment is waived.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal